1024

No. 99–7739.  SMITH v. BARRIOS.  C. A. 5th Cir.  Certiorari denied.

No. 99–7743.  BAQUE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–7751.  TUESNO v. CAIN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–7752.  THOMAS v. LARNED STATE HOSPITAL ET AL.  Ct. App. Kan.  Certiorari denied.

No. 99–7753.  BAYON v. CISEK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–7755.  COLARTE v. LeBLANC, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–7756.  STEPHENS v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 99–7762.  ROBINSON v. LUKER ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–7763.  JOHNSON v. LUMBERMENS MUTUAL CASUALTY CO. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–7766.  MORTON v. TESSMER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 99–7767.  KANAZEH v. LOCKHEED MARTIN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–7768.  McNEIL v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 99–7769.  MORGANHERRING v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 99–7775.  ALVARADO v. McKAY ET AL.  Ct. App. Minn.  Certiorari denied.